AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    2:24mj275 CMR |
| WICLIFF YVES FLEURIZARD, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ March 17, 2024 _____ in the county of _____ Salt Lake _____ in the
_____ Central _____ District of _____ Utah _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2199 | Stowaways on Vessels or Aircraft |

This criminal complaint is based on these facts:

See attached document entitled COMPLAINT.

☑ Continued on the attached sheet.

_____
*Kylie Ruiz*
*Complainant's signature*

Kylie Ruiz, TFO FBI
*Printed name and title*

Sworn to before me via Video-Teleconference.

Date:    03/18/2024

_____
*Cecilia M. Romero*
*Judge's signature*

City and state:    Salt Lake City, Utah

Cecilia M. Romero, United States Magistrate Judge
*Printed name and title*