AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED
2024 MAR 22 PM 3:37
CLERK
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:24mj275 CMR |
| WICLIFF YVES FLEURIZARD | ) ) ) ) ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    WICLIFF YVES FLEURIZARD, _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment        ❐ Superseding Indictment        ❐ Information        ❐ Superseding Information        ☑ Complaint
❐ Probation Violation Petition        ❐ Supervised Release Violation Petition        ❐ Violation Notice        ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2199        Stowaways on Vessels or Aircraft

WARRANT                              _Cecilia M. Romero_

Date:      03/18/2024 _____          _____
                                                              _Issuing officer's signature_

City and state:      Salt Lake City, Utah _____          Cecilia M. Romero, Magistrate Judge, District of Utah
                                                                            _Printed name and title_

---

**Return**

This warrant was received on _(date)_   3/18/24 _____ , and the person was arrested on _(date)_   3/21/24
at _(city and state)_   _____ .

Date:   3/21/24 _____          _____
                                                              _Arresting officer's signature_

                                                          A. Desmond Dusm
                                                              _Printed name and title_